(91 South. 923)

McRAE v. PATERSON & EDEY LUMBER CO. (2 Div. 775.) (Supreme Court of Alabama. Feb. 2, 1922.) Appeal from Circuit Court, Choctaw County; Ben D. Turner, Judge. Thomas F. Seale, of Livingston, and C. R. Gavin and J. D. Lindsey, both of Butler, for appellant. Gray & Dansby, of Butler, for appellee.

PER CURIAM. Appeal dismissed on motion of appellant.

(91 South. 923)

MONTGOMERY v. STATE. (8 Div. 383.) (Supreme Court of Alabama. Oct. 27, 1921.) Certiorari to Court of Appeals. Sample & Kilpatrick, of Hartsells, for appellant. Harwell G. Davis, Atty. Gen., for the State.

PER CURIAM. Petition of Will Montgomery for certiorari to Court of Appeals to review and revise the judgment of said court rendered on the appeal of Will Montgomery v. State, 18 Ala. App. 213, 91 South. 630. Writ denied.

ANDERSON, C. J., and McCLELLAN, SOMERVILLE, and THOMAS, JJ., concur.

(92 South. 921)

MOODY et al. v. TALLY et al. (8 Div. 213.) (Supreme Court of Alabama. Jan. 31, 1922.) Appeal from Circuit Court, Jackson County; W. W. Haralson, Judge. Bouldin & Wimberly, of Scotsboro, for appellant. Cooper & Cooper, of Huntsville, for appellee.

PER CURIAM. Appeal dismissed by agreement.

(91 South. 923)

MORELL et al. v. STATE. (8 Div. 386.) (Supreme Court of Alabama. Oct. 27, 1921. Rehearing Denied Nov. 17, 1921.) Certiorari to Court of Appeals. W. R. Walker, of Athens, for appellants. Harwell. G. Davis, Atty. Gen., for the State.

McCLELLAN, J. Petition by Jake Morell and Ed Morell for certiorari to the Court of Appeals to review and revise the judgment of said court rendered on the appeal of Jake and Ed Morell v. State, 18 Ala. App. 243, 91 South. 501. Writ denied.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.

(92 South. 921)

MORRISON v. MORRISON et al. (7 Div. 254.) (Supreme Court of Alabama. Jan. 10, 1922.) Appeal from Probate Court, Randolph County; John T. Heflin, Judge. W. B. Merrill, of Heflin, for appellee.

PER CURIAM. Affirmed on certificate.

(92 South. 921)

NATIONAL LIFE & ACCIDENT INS. CO. v. JACKSON. (8 Div. 422.) (Supreme Court of Alabama, Feb. 11, 1922.) Certiorari to Court of Appeals. S. A. Lynne, of Decatur, for appellant. Wert & Hutson, of Decatur, for appellee.

MILLER, J. Petition of the National Life & Accident Insurance Company for certiorari to the Court of Appeals to review and revise the judgment of said court rendered on the appeal in National Life & Accident Insurance Company v. Joe Jackson, 18 Ala. App. 347, 92 South. 201. Writ denied.

ANDERSON, C. J., and SAYRE and GARDNER, JJ., concur.

(92 South. 921)

O. B. FINKLEA & CO. v. STEINER & LOBMAN DRY GOODS CO. (2 Div. 772.) (Supreme Court of Alabama. April 6, 1922.) Appeal from Circuit Court, Wilcox County; S. F. Hobbs, Jr., Judge. M. E Frolich, of Selma, for appellant. Bonner & Miller, of Camden, for appellee.

PER CURIAM. Affirmed on certificate by agreement, but without the 10 per cent. penalty for damages.

(92 South. 921)

PAGE v. A. R. G. AUXILIARY CO. (6 Div. 565.) (Supreme Court of Alabama. April 18, 1922.) Appeal from Circuit Court, Jefferson County; J. Q. Smith, Judge. Goodwyn & Ross, of Bessemer, and Black & Harris, of Birmingham, for appellant. John W. Altman, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(92 South. 921)

Ex parte PEINHARDT. BARCLIFT v. PEINHARDT. (6 Div. 602.) (Supreme Court of Alabama. Jan. 19, 1922.) Certiorari to Court of Appeals. A. A. Griffith and Earney Bland, both of Cullman, for petitioner. F. E. St. John, of Cullman, opposed.

For opinion of Court of Appeals, see 18 Ala. App. 340, 92 South. 208.

MILLER, J. The petition for the writ of certiorari is dismissed on motion of the petitioner.

ANDERSON, C. J., and SAYRE and GARDNER, JJ., concur.